# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ALABAMA - SOUTHERN DIVISION

In the Matter of:

Citation Corporation } **Case No: 04-08130-TOM11**
}
DEBTOR(S). }
}
}

### COURTROOM DEPUTY NOTES

| | |
|---|---|
| **Matter(s):** | RE: Doc #2126; Application for Final Compensation Compensation in the amount of $111,290.32 and Reimbursement of Expenses in the amount of $34,803.22 filed by Miller Buckfire & Co LLC, Financial Advisor (STATUS CONFERENCE) |
| **Date and Time:** | Wednesday, October 17, 2007 11:00 AM |
| **Appearances:** | Derek Meek and Marc P Solomon, attorneys for Citation Corporation (Debtor)<br>Mike Wiles, attorney for Miller Buckfire & Co LLC - by phone<br>Douglas Bacon, attorney for Citation Corporation (Debtor) - by phone<br>Val Early, J. Thomas Corbett and Jon Dudeck, Bankruptcy Administrator<br>Robert Adams, attorney for JPMorgan |
| **Courtroom Deputy:** | Chris Callies |
| **Presiding Judge:** | TAMARA O. MITCHELL |
| **Court Notes:** | UPON REMAND, THE APPLICATION IS APPROVED; RICHARD CARMODY TO SUBMIT A SEPARATE ORDER. |

Date Prepared:10/23/2007